# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Pamela Dorsey and Syreeta Dorsey

**DEFENDANTS**
First Franklin Financial Corporation et al

FILED
MAR 27 2008
3-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
None (pro se)

08CV1771
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP** (For Diversity)
- Citizen of This State: [ ] 1  [ ] 1  Incorporated or Principal Place of Business in This State: [ ] 4 [ ] 4
- Citizen of Another State: [ ] 2  [ ] 2  Incorporated and Principal Place of Business in Another State: [ ] 5 [ ] 5
- Citizen or Subject of a Foreign Country: [ ] 3 [ ] 3  Foreign Nation: [ ] 6 [ ] 6

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT / TORTS / FORFEITURE/PENALTY / BANKRUPTCY / OTHER STATUTES

[X] 290 All Other Real Property

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
12 USC 2601 et seq., 15 USC 1601 et seq., 42 USC 12131 et seq., 42 USC 1982 & 1983: Violation of RESPA, TILA, etc.

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ 2,415,000.00  CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 3/27/08
SIGNATURE OF ATTORNEY OF RECORD: Pamela Dorsey   Syreeta Dorsey