MHN

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Syreeta Dorsey
(Please print)

**STREET ADDRESS:** 8515 S. Oglesby Ave

**CITY/STATE/ZIP:** Chicago, IL 60617

**PHONE NUMBER:** 773-991-6643

**CASE NUMBER:** 08CV1771
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER

KC FILED
MAR 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____          3/27/08
Signature                      Date