MHW

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Pamala Dorsey
(Please print)

**STREET ADDRESS:** 14733 Chicago Road

**CITY/STATE/ZIP:** Dolton, IL 60419

**PHONE NUMBER:** 708-201-9309

KC FILED
MAR 2 7 2008
3-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CASE NUMBER:** 08CV1771
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER

_Pamala Dorsey_    3/27/08
Signature            Date