**FILED**
MAY 15 2008
MICHAEL W. BOBBINS
CLERK, U.S. DISTRICT COURT

In the United States District Court for the
Northern District of Illinois, Chicago Division

Pamala Dorsey and Syreeta Dorsey,
   Plaintiffs

v.

First Franklin Financial Corporation et al,
   Defendants

Case Number: 08-cv-1771
Judge: Joan H. Lefkow

### Motion to Extend Time and Continue/Adjourn Hearing

The Plaintiffs, Pamala & Syreeta Dorsey, hereby move this honorable court for an extension of time/continuance/adjournment of the Status Conference Hearing scheduled for Thursday, May 15, 2008. As grounds for this motion, it is stated:

1. Plaintiff Pamala Dorsey, who is physically disabled, was recently hospitalized and has not sufficiently recuperated from her procedure to attend the hearing. A doctor's note is attached as Exhibit A.

2. Plaintiff Syreeta Dorsey is available and able to attend the hearing, but because the plaintiffs are self-represented, she concurs with postponing the status conference until her co-plaintiff is able to attend.

3. In the alternative, Plaintiff Syreeta Dorsey contends that the plaintiffs are preparing to amend their complaint as a matter of course per FRCP 15(a)(1), if only because the disputed mortgage has been sold and therefore new defendants need to be named. Although Plaintiffs are still researching the address for all Defendants, Plaintiffs intend to serve the Defendants before the deadline of 60 days after the original case was filed.

Wherefore, Plaintiffs Pamala & Syreeta Dorsey move for an order extending the time/continuing/or adjourning the Status Conference Hearing.

Respectfully submitted,

*[signature]*
Pamala Dorsey, In Pro Per
14733 Chicago Road
Dolton, IL 60419
708-201-9309

*[signature]*
Syreeta Dorsey, In Pro Per
8515 S. Oglesby Avenue
Chicago, IL 60617
773-991-6613

 **Advocate Physician Partners**

Advocate Physician Partners 1661 Feehanville Dr,
Mt Prospect, IL 60056 847-298-6000

## REQUEST SUMMARY:

| | | | |
|---|---|---|---|
| Patient Name: | DORSEY, PAMALA | Referral number: | 2932222 |
| Referred For: | Infusion Therapy | | |
| Referred to: | Advocate Christ Hospital and Medical Center | Referral Date: | 04/16/2008 |

## PATIENT DETAILS:

| | | | |
|---|---|---|---|
| Patient name: | DORSEY, PAMALA | HMO: | HUMANA HMO |
| Address: | 14733 CHICAGO RD DOLTON, IL 60419-2032 | Effective date: | 12/01/2006 |
| | | Termination date: | none |
| Patient ID: | H02406310*01 | Subscriber name: | DORSEY, PAMALA |
| Date of Birth: | 02/10/1952 | Group number: | 04269 |
| Phone number: | 708-201-9506 | PHO: | Christ Medical Center |

## PHYSICIAN DETAILS:

| | | | |
|---|---|---|---|
| Ordering phys: | Irabagon-MD, Nenita | Phone: | 773-581-8400 |
| Address: | 6250 South Archer Avenue Chicago, IL 60638 | Fax: | 773-581-9577 |
| PCP Name: | Irabagon-MD, Nenita | Phone: | 773-581-8400 |
| Address: | 6250 South Archer Avenue Chicago, IL 60638 | Fax: | 773-581-9577 |

## REFERRAL REQUEST DETAILS:

| | | | |
|---|---|---|---|
| Request date: | 04/16/2008 | Urgent: | No |
| Valid from date: | 04/16/2008 | Valid to date: | 07/15/2008 |
| Service: | Infusion Therapy | Number of visits: | 7 |
| Service details: | Infusion Therapy;Infusion of Tysabri pt meets criteria | | |

**Refer to Facility/Ancillary Provider**

| | |
|---|---|
| Name: | Advocate Christ Hospital and Medical Center |
| Address: | 4440 W. 95th St. Oak Lawn, IL 60453 |
| Phone: | 708-684-8000 |
| Fax: | 708-361-7769 |

## DIAGNOSIS/REASON FOR REFERRAL HISTORY OF ILLNESS:

| | | |
|---|---|---|
| Multiple Sclerosis | ICD9: 340 | Multiple sclerosis |

## PATIENT NOTES:

## REFERRAL REQUEST ACTIVITY DETAIL:

| Status: Approved | Status details: | By Referral Specialist | Status date: 04/16/2008 |

## NOTICES

**MEMBER NOTE:** Member must present this request form to physician or facility at the time of service. This request is good for 90 days from the day written and used only for the services listed. Any further time or treatment will require an additional request. A MEMBER NOT ELIGIBLE AT THE TIME OF SERVICE WILL BE RESPONSIBLE FOR PAYMENT OF SERVICE.

**PROVIDER NOTE:** Non-member providers who accept PHO requests accept PHO rates. IF YOU ARE NOT A MEMBER OF THE PHO, TO ENSURE PAYMENT, YOU SHOULD BE SURE THE REQUEST HAS BEEN AUTHORIZED BY THE PHO. Payment for service is contingent on the member's eligibility and benefit coverage. The request does not authorize benefits for non-covered services. If in doubt, contact the PHO for confirmation before providing sensitive services. Providers may not balance-bill members for covered benefits provided during the time period they are eligible.

Exhibit A