**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Pamala Dorsey, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:08−cv−01771
                                                                Honorable Joan H. Lefkow

First Franklin Financial Corporation, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow: Plaintiffs' Motion for extension of time to continue/adjourn hearing [8] is granted. Status hearing set for 7/10/2008 is stricken and reset to 8/26/2008 at 9:30 A.M. On the Court's own motion, the time within which to serve the defendants is extended through 8/26/2008. Plaintiffs' Motions to appoint counsel [11],[13] are taken under advisement. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.