## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1771 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Dorsey vs. First Franklin Financial Corp | | |

**DOCKET ENTRY TEXT**

Status hearing reset to 9/16/2008 at 9:30 a.m.  No one appeared in court on 8/26/2008 when case was called for status.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|